**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Carolina Refrigeration Services, Respondent,

v.

Claude L. Leitzsey, Sr., Claude L. Leitzsey, Jr., Lisa M. Leitzsey and Branch Banking and Trust Company, Defendants,

Of Whom Claude L. Leitzsey, Sr., Claude L. Leitzsey, Jr., and Lisa M. Leitzsey are Appellants.

Appellate Case No. 2013-000002

———————

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-359
Heard September 10, 2014 – Filed October 15, 2014

———————

**AFFIRMED**

———————

Gerald D. Jowers, of Columbia, for Appellants.

Jean Perrin Derrick, of Lexington, for Respondent.

———————

**PER CURIAM:** In this appeal from the foreclosure of a mechanic's lien, Claude L. Leitzsey, Sr., Claude L. Leitzsey, Jr., and Lisa M. Leitzsey argue the circuit

court erred in granting a default judgment against them pursuant to Rule 55, SCRCP, for failing to answer Carolina Refrigeration Services' summons and complaint.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *Harbor Island Owners' Ass'n v. Preferred Island Props., Inc.*, 369 S.C. 540, 544, 633 S.E.2d 497, 499 (2006) (holding the decision whether to set aside an entry of default or a default judgment lies solely within the sound discretion of the circuit court); *Mitchell Supply Co. v. Gaffney*, 297 S.C. 160, 163, 375 S.E.2d 321, 323 (Ct. App. 1988) (holding the circuit court's decision will not be disturbed on appeal absent a clear showing of an abuse of that discretion); *In re Estate of Weeks*, 329 S.C. 251, 259, 495 S.E.2d 454, 459 (Ct. App. 1997) (holding an abuse of discretion occurs when the judgment is controlled by some error of law or when the order, based upon factual, as distinguished from legal conclusions, is without evidentiary support).

**AFFIRMED.**

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**